| BENITO YBARRA | DECLARATION IN SUPPORT |
|---|---|
| (Petitioner) | OF REQUEST |
| UNITED STATES OF AMERICA | TO PROCEED |
| (Respondent(s)) | IN FORMA PAUPERIS |

United States District Court
Southern District of Texas
FILED

AUG 01 2000

Michael N. Milby
Clerk of Court

I, BENITO YBARRA declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceedings or to give any security therefor; that I believe I am entitled to relief.

Are you presently employed?    ☐ Yes    ☒ No

B-00-119

a. If the answer is yes, states the amount of your salary or wages per month, and give the name and address of your employer.

b. If the answer is no, state the date of last employment and the amount of salary and wages per month which you received.

MAN PoweR   Nov. 99

Have you received, within the past twelve months, any money from any of the following sources?

a. Business, profession, or form of self employment?    ☐ Yes    ☒ No
b. Rent payment, interest or dividends?    ☐ Yes    ☒ No
c. Pension, annuities or life insurance payments?    ☐ Yes    ☒ No
d. Gifts or inheritances?    ☐ Yes    ☒ No
e. Any other sources?    ☐ Yes    ☒ No

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

NONE

Do you own any cash, or do you have any money in a checking or saving account? (Include any funds in prison accounts)

If the answer is yes, state the total value of the items owned.

$150.00   PRISON ACCOUNT

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings)?    ☐ Yes    ☒ No

If the answer is yes, state the total value of the items owned.

NONE

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

List the persons who are dependant upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

Wife - MARIA C. YbARRA

I, declare *(or certify, verify or state)* under penalty of perjury that the foregoing is true and correct.

Executed on __7-14-00__
(date)

__Benito G. Ybarra__
Signature of Petitioner

## CERTIFICATE

I certify that the Petitioner herein has the sum of $ __150.00__ on account to his credit at the __FCIM Beaumont (Federal Prison)__ institution where he is confined. I further certify that Petitioner likewise has the following securities to his 'it according to the records of said_____ institution _____

DATED __7/14/00__

__[signature]__
Authorized Officer of Institution

__Counselor__
Title of Officer

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY