AO 240A (1/94)

3

# United States District Court

*Southern* DISTRICT OF *Texas*

United States District Court
Southern District of Texas
ENTERED
AUG 16 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

Benito Y Barra

Plaintiff

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

V.

CASE NUMBER: B-00-119

Defendant

United States of America

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

IT IS ORDERED that the application is:

☒ GRANTED.

☒ The clerk is directed to file the complaint.

☐ DENIED, for the following reasons:

_____

_____

ENTER this _14th_ day of _August_, 19 _2000_.

_____
Signature of Judicial Officer

Felix Recio, U.S. Magistrate Judge
Name and Title of Judicial Officer