4

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

BENITO YBARRA                    *

    VS                           *   C.A. NO. B-00-119

UNITED STATES OF AMERICA         *   (Cr. No. B-99-362-03)


## O R D E R


The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **October 16, 2000.**

DONE at Brownsville, Texas, this 14th day of August 2000.


                                             Felix Recio
                      United States Magistrate Judge