UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BENITO YBARRA | § § § | |
| v. | § § | CIVIL ACTION NO. B-00-119 (CRIMINAL NO. B-99-362-S1) |
| UNITED STATES OF AMERICA | § § § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Petitioner Benito Ybarra's § 2255 Motion (Pleading No. 1) is hereby DENIED.

DONE in Brownsville, Texas this 2nd day of February, 2001.

_____
Hilda Tagle
United States District Judge